917 So.2d 1084 (2005)
Herman LANE
v.
Margaret KENNAN, State Farm Insurance Agency, and Their XYZ Insurance Carrier.
No. 2005-C-1417.
Supreme Court of Louisiana.
December 12, 2005.
*1085 In re Kennan, Margaret et al.; State Farm Insurance Agency;  Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. N N, No. 2004-01194; to the Court of Appeal, Fourth Circuit, No. 2004-CA-2118.
Denied.
VICTORY, J., would grant.
TRAYLOR, J., would grant.